IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

DANIEL R. DOMÍNGUEZ
SENIOR UNITED STATES DISTRICT JUDGE

CASE NO. 23-mc-056-DRD

## AMENDED STANDING ORDER OF RECUSAL

Please be informed that the undersigned judge will not entertain, or participate in any case in which any of the following entities appear as a party, as provided by 28 U.S.C. § 445:

UBS; UBSPR; UBS Financial Services Incorporated of Puerto Rico and/or any UBS affiliates worldwide.

Merrill Lynch; Catholic Church; Counsel Samuel T. Céspedes; DARJO Foundation; Counsel Eliezer Aldarondo-López; AUSA Seth Erbe; and Counsel Héctor M. Laffitte.

Additionally, the undersigned judge will exercise his discretion and no longer accept death penalty cases, injunctions, class actions, *Pro se* cases and bankruptcy appeals.

The Clerk of Court is ordered to note this permanent Amended Standing Order of Recusal as of this date; to include the same on the Court's website, and notify the persons and entities included herein. All prior Standing Orders issued by the undersigned as to this matter are hereby superseded effective immediately.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of January, 2023.

Daniel R. Domínguez
Senior United States District Judge